The Hon. Theresa L. Fricke

```
_____ FILED _____ LODGED
         _____ RECEIVED
         Jan 25, 2023
     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROY ANTHONY RIMA,

Defendants.

CASE NO.    MJ23-5026

COMPLAINT

BEFORE United States Magistrate Theresa L. Fricke, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Felon in Possession of a Firearm)**

On or about December 14, 2022, in Pierce County, within the Western District of Washington, ROY A RIMA, knowing he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

a.  5 Counts of *Identity Theft in the Second Degree,* 1 Count *Unlawful Production of Payment Instruments,* 1 Count *Unlawful Possession of a Controlled Substance,* in Pierce County Superior Court, Washington, under cause number 14-1-02267-2, all occurring on or about March 27, 2015;

Complaint: RIMA - 1
USAO: 2023R00031

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

b. 2 Counts of *Assault in the Second Degree* and 1 Count *Unlawful Possession of a Firearm in the First Degree,* in King County Superior Court, Washington, under cause number 05-1-07841-0, all occurring on or about February 22, 2007.

did knowingly possess, in and affecting interstate and foreign commerce, a firearm that is: a Taurus revolver, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

### (Possession of Stolen Mail)

On or about December 14, 2022, in Pierce County, within the Western District of Washington, ROY A RIMA[1], did unlawfully have in his possession mail and articles that had been contained in mail, that and been stolen and taken from a receptacle that was an authorized depository for mail matter, knowing that mail had been stolen and taken from a receptacle that was an authorized depository for mail matter.

All in violation of Title 18, United States Code, Section 1708.

**The undersigned, John Wiegand, complainant being duly sworn states:**

1.       I am a Postal Inspector with the United States Postal Inspection Service (USPIS).  I have been so employed since May 2015, and I am assigned to the External Crimes, Mail Theft Team in Seattle, Washington.

2.       I am a United States Postal Inspector and have been since February 2015. I am currently assigned to the Seattle Division Headquarters located in Seattle, Washington, and have worked in this capacity since May 2015. My experience includes, but is not limited to, conducting mail theft, identity theft, mail fraud, robbery, burglary, and violent crimes investigations. I have attended extensive training on investigating postal crimes and, in particular, financial crimes, fraud, and identity theft.   I have experience in the use of

---

[1] Roy Rima has a twin brother named Thomas Rima. At the time of Roy Rima's arrest, Thomas Rima was in custody on another matter in Issaquah, Washington. The brothers have distinctive facial features as shown through booking photos.

Complaint: RIMA - 2
USAO: 2023R00031

global positioning devices in criminal investigations. I am trained on seizing computers and other electronic devices as part of an investigation, and I have experience seizing electronic devices.

3.      As a postal inspector, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. Prior to my career in law enforcement, I earned a Bachelor's Degree in Criminal Justice from Seattle University.

4.      As a Postal Inspector, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

5.      The information contained in this Complaint is based on my personal knowledge, information relayed to me by other law enforcement officers and witnesses, and information gleaned from my review of reports and evidence related to this investigation. The discussion below includes only the information I believe necessary to establish probable cause that RIMA committed the offenses alleged in this Complaint. I do not purport to summarize all the evidence gathered during my investigation, nor does the discussion below include all facts known to me or others involved with this investigation.

## SUMMARY OF PROBABLE CAUSE

6.      In the early hours of December 14, 2022, a witness called 911 and reported an in-progress mail theft taking place in the Hill Creek residential neighborhood located in Milton, WA. The witness observed an individual, later identified as Roy Rima (RIMA) by his Washington State identification card, stuffing mail in his coat and backpack in front of the community mailboxes. The witness further stated the man was associated with a motorcycle.

7.      Hill Creek neighborhood consists of approximately 127 homes with only one entrance. All mailboxes associated with the residents of the neighborhood are in one location and consist of 8 community banks of locking mailboxes. There are approximately 152 locking mailboxes for residents and packages.

Complaint: RIMA - 3
USAO: 2023R00031

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8.    Milton Police Department Officer Johnson was dispatched to investigate the witness's call.  Upon entering the Hill Creek residential neighborhood, Officer Johnson observed RIMA sitting on a stationary motorcycle within arm's reach of the community mailboxes.

9.    Based on the description provided by the witness, the time of morning, and the freezing weather conditions, Officer Johnson believed RIMA was committing mail theft.

10.    Officer Johnson drove up to RIMA lights and sirens activated, to make contact.  RIMA started his motorcycle and was able to flee from the scene. Officer Johnson turned his patrol vehicle around and observed that RIMA had crashed the motorcycle and was straddling the vehicle on the ground. Officer Johnson attempted to make contact a second time, and RIMA fled. RIMA then crashed his motorcycle a second time.

11.    Officer Johnson exited his vehicle, drew his agency issued Taser and gave verbal commands for RIMA to stop.  RIMA looked directly at Officer Johnson and tried to lift the motorcycle to flee.  Officer Johnson commanded RIMA to stop, or he would tase him. RIMA continued to unsuccessfully lift the motorcycle at which time Officer Johnson deployed his Taser.  The Taser application was effective.  Officer Johnson told RIMA to remain still, RIMA initially complied but then moved his hands towards his body. Officer Johnson unsuccessfully attempted to activate his Taser again. Simultaneously RIMA rolled onto his side.

12.    Officer Johnson feared RIMA may be going for a weapon on his person. Officer Johnson drew and pointed his department issued handgun at RIMA while yelling commands to stop. RIMA stopped moving and complied.  Milton PD Corporal Centeno arrived and, following a struggle, assisted with placing RIMA in handcuffs.

13.    Once in custody Officer Johnson advised RIMA of his *Miranda Warnings*. Post Miranda RIMA told Officer Johnson he had a firearm on his person.  Officers located a loaded Taurus revolver in a black hostler on the inside of RIMA's right waistband.  RIMA stated he received the gun from the same individuals who had given him the motorcycle in Idaho.

Complaint: RIMA - 4
USAO: 2023R00031

14.     A records check was conducted using the serial number of the revolver, HS927297, which revealed it had been reported stolen to the Puyallup Police in January of 2022.  The firearm was loaded with five live .357 rounds in the ammunition cylinder.  A subsequent records search on the motorcycle revealed the motorcycle had been reported stolen out of Post Falls, Idaho, on October 31, 2022.

15.     A review of RIMA's criminal history shows RIMA has been convicted of multiple felony and gross misdemeanors crimes. His criminal history shows crimes to include burglary, assault, possession of stolen property, unlawful possession of a firearm, vehicle prowl, identity theft, etc.

16.     A review of RIMA'S history further revealed that on May 29, 2005, in Federal Way, WA, RIMA was contacted by Federal Way Police suspected of mail theft. A struggle occurred where RIMA was found reaching for a handgun located on his person and was subsequently shot by police.

17.     A review of the judgment and sentence, Pierce County cause number 14-1-02267-2, reveals Rima was convicted of the following offenses with the associated sentences all over one year:

Count I:      Identity Theft in the Second Degree (43 months)

Count II:     Identity Theft in the Second Degree (43 months)

Count III:    Identity Theft in the Second Degree (43 months)

Count IV:    Identity Theft in the Second Degree (43 months)

Count X:     Unlawful Production of Payment Instruments (29 months)

Count XII:   Unlawful Possession of a Controlled Substance (24 months)

Count XIV:  Identity Theft in the Second Degree (43 months)

18.     A review of the judgment and sentence, King County cause number 05-1-07841-0, reveals RIMA was convicted of the following offenses with the associated sentences all over one year:

Count I:      Assault in the Second Degree (43 months)

Count II:     Assault in the Second Degree (43 months)

Count III:    Unlawful Possession of a Firearm in the First Degree (48 months)

Complaint: RIMA - 5
USAO: 2023R00031

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

19.     While placing RIMA in custody, two unopened envelopes addressed to A.H. and K.H. out of Bellevue, WA, were recovered. A black backpack, located on RIMA's person, was cut off his back.  Officer Johnson opened the backpack and observed a nail puller and suspected stolen mail. The backpack was closed and placed in Officer Johnson's patrol truck pending a search warrant.

20.     On his person, a cordless drill was wedged between RIMA's chest and jacket with a star bit. A key tumbler with a screw matching the drill bit was found in his pocket. The key tumbler was engraved with USPS. The key tumbler matched the one missing from the mailboxes. RIMA also had suspected methamphetamine, a methamphetamine pipe and several small colored pills in a small container with residue consistent with synthetic fentanyl pills.

21.     Pierce County Superior Judge Ashcraft reviewed and signed a search warrant to search the black backpack.

22.     During the search of the backpack, approximately 142 pieces of mail belonging to 12 residences with 27 potential victims from the Hill Creek neighborhood were found.

23.     The following additional items were found in the backpack during the search:
- Notepad with blank check stock
- White envelope containing six blank checks belonging to A.M.J. from Mercer Island, WA.
- Tools
- A two-way radio
- Key ring with unique keys, including lock picks, handcuff key and a filed key tumbler with a key wedged in the slot
- Key ring with three vehicle keys
- Additional key rings
- Amazon employee sweatshirt and stocking cap
- Old rubber Halloween mask

24.     Officer Johnson contacted A.M.J., and she reported she had ordered Loan Management Account (LMA) checks from her broker at Merrill Lynch. A.M.J. never received the checks, contacted Merrill Lynch, and they placed a stop on the checks. A.M.J. stated she believed her mail was stolen with the checks.

Complaint: RIMA - 6
USAO: 2023R00031

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

25. The following victims, listed on the pieces of mail found in RIMA's possession signed affidavits indicating they did not give RIMA permission to have or possess their mail:

W.E.L of Federal Way, WA

Hart's Gymnastics of Federal Way, WA

D.S.H. of Federal Way, WA

D.L.H. of Federal Way, WA

C.M.H. of Federal Way, WA

R. L. of Federal Way, WA

G.S. of Federal Way, WA

26. Based on the above facts, I respectfully submit there is probable cause to believe that RIMA did knowingly and intentionally violate Title 18 United States, Section 1708 and Title 18 United States Code, Section 922.

John A Wiegand

Digitally signed by John A Wiegand
Date: 2023.01.24 14:31:11 -08'00'

John Wiegand, Complainant
Postal Inspector
US Postal Inspection Service

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit by telephone, pursuant to the Federal Rules of Criminal Procedure, Rule 4.1 on this 25th day of January 2023. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe ROY RIMA committed the offenses set forth in the Complaint.

DATED this 25 day of January, 2023.

Theresa L. Fricke
United States Magistrate Judge

Complaint: RIMA - 7
USAO: 2023R00031